# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES ERIC STEWART,
            Appellant,
    vs.
THE STATE OF NEVADA,
            Respondent.

No. 81606

FILED

SEP 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion for rehearing. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. It appeared that no statute or court rule allowed an appeal from an order denying a motion for reconsideration. *See Phelps v. State*, 111 Nev. 1021, 900 P.2d 344 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). In response, appellant states that this appeal should be dismissed for lack of jurisdiction. Accordingly, as no statute or court rule appears to allow an appeal from the order challenged on appeal, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-32756

cc:   Hon. Michelle Leavitt, District Judge
Donald J. Green
Charles Eric Stewart
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A